FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0224

ORIGINAL



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 24-0224

DONALD DEAN GRANT,

      Petitioner,

v.

JIM SALMONSEN, WARDEN
MONTANA STATE PRISON,

      Respondent.

                                  GRANT OF MOTION TO
                                    PROCEED WITHOUT
                                  PAYMENT OF FILING FEE

      Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

      DATED: April 8, 2024.

                                              _____
                                            BOWEN GREENWOOD
                                            Clerk of the Supreme Court